IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1463-AP**

**BRYCEL MYERS,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

The Unopposed Motion for Attorney Fees pursuant to the Equal Access to Justice Act, (doc. #16), filed February 7, 2008, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees in the amount of **$1,181.63**.

Dated at Denver, Colorado, this 7th day of February, 2008.

                              BY THE COURT:

                              *S/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT